IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEFFERSON SCHOOLHOUSE PROPERTIES, LLC,<br><br>              Plaintiff,<br><br>v.<br><br>BEN WEITSMAN & SON OF JAMESTOWN, LLC, a New York Limited Liability Company,<br><br>              Defendant | Civil Action No. 1:20-CV-210-SPB<br><br>JURY TRIAL DEMANDED |

## STIPULATION OF VOLUNTARY DISMISSAL

AND NOW, come the Plaintiff, Jefferson Schoolhouse Properties, LLC by and through its undersigned counsel, and file this *Stipulation of Voluntary Dismissal* pursuant to Fed.R.Civ.P. Rule 41(a)(1)(A)(ii), and voluntarily dismisses all claims against the Defendant Ben Weitsman & Son of Jamestown, LLC, with prejudice, with the parties to bear their own respective costs and counsel fees as to such claims.

Respectfully submitted,

Quinn, Buseck, Leemhuis, Toohey & Kroto, Inc.

By: /s/ Arthur D. Martinucci
    Arthur D. Martinucci, Esquire
    Pa. I.D. No. 63699
    2222 West Grandview Blvd.
    Erie, PA 16506
    amartinucci@quinnfirm.com
    (814) 833-2222
    Counsel for Plaintiff
    Jefferson Schoolhouse Properties, LLC

Dickie, McCamey & Chilcote, P.C.

By: /s/ Steven W. Zoffer
    Steven W. Zoffer, Esquire
    Pa. I.D. No. 62497
    Two PPG Place, Suite 400
    Pittsburgh, PA 15222
    jchristof@dmclaw.com
    412-281-7272
    Counsel for Defendant
    Ben Weitsman & Son of Jamestown, LLC

SO ORDERED:

*/s/ Susan Paradise Baxter*
Susan Paradise Baxter
U.S. District Court Judge

1/4/2023
Date